IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| SHERRARD DEWAYNE TAYLOR, | § | |
| Plaintiff, | § | |
| | § | CIVIL ACTION NO. |
| v. | § | |
| | § | 3:15-CV-3321-M |
| CITY OF DALLAS, et al. | § | |
| Defendants. | § | |

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE COURT:

Pursuant to Rule 41(a)(1)(ii), Plaintiff Sherrard Dewayne Taylor, Defendant Ricardo Salas, Defendant Justin Thomas, and Defendant City of Dallas (collectively "the Parties") now stipulate to the dismissal with prejudice of all claims. The Parties further stipulate, as a condition of the agreed dismissal, that each party shall bear its own costs.

WHEREFORE, the Parties ask that the Court take notice of this agreed stipulation and approve it, and that the Court enter any additional orders as necessary to conclude this lawsuit.

RESPECTFULLY SUBMITTED,

| | |
|---|---|
| s/ Anthony Farmer | s/Gerald Bright |
| ANTHONY FARMER | GERALD BRIGHT |
| Texas State Bar 24057844 | Texas State Bar 02991720 |
| Farmer Law Group | WALKER BRIGHT P.C. |
| 400 South Zang Blvd. | 100 North Central Expressway |
| Suite 350 | Suite 800 |
| Dallas, Texas 75208 | Richardson, Texas 75080 |
| 972.948.8333 | 972.744.0192 |
| 972.948.0378 Fax | 972. 744.0067 Fax |
| *Attorneys for Plaintiff* | *Attorneys for Defendant Thomas* |

 s/ Edwin P. Voss, Jr.
EDWIN P. VOSS, JR.
Texas State Bar No. 20620300
BROWN & HOFMEISTER, L. L. P.
740 East Campbell Road
Suite 800
Richardson, Texas 75081
214.747.6100
214.747.6111 Fax
*Attorney for Defendant Salas*

 s/ James C. Butt
JAMES C. BUTT
Texas State Bar No. 24040354
Dallas City Attorney's Office
1500 Marilla Street
Room 7BN
Dallas, Texas 75201
214.670.3504
214.670 0622 Fax
*Attorney for Defendant City of Dallas*

## CERTIFICATE OF SERVICE

I certify that on 18 February 2016, I electronically filed the foregoing document with the clerk of the court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

Anthony Farmer
Farmer Law Group
400 South Zang Blvd.
Dallas, Texas 75208
Attorney for Plaintiff

Edwin P. Voss, Jr.
Brown & Hoffmeister, L.L.P.
740 East Campbell Road, Suite 800
Richardson, Texas 75081
Attorney for Defendant
Ricardo Salas

Gerald Bright
Walker Bright P.C.
100 North Central Expressway
Suite 800
Richardson, Texas 75080
Attorney for Defendant
Justin Thomas

/S/  JAMES C. BUTT
James C. Butt